Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **BOBBY NEAL STOKEY,** | § | |
|   Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | **CASE NO. 4:23-CV-01101** |
| | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| **NEWREZ, LLC, WELLS FARGO** | § | |
| **BANK, N.A., OCWEN LOAN** | § | |
| **SERVICING, LLC,** | § | |
|   Defendants. | § | |

## SUGGESTION OF DEATH

TO THE HONORABLE UNITED STATES DISTRICT COURT:

  COMES NOW Joyce Lindauer, counsel for Bobby Neal Stokey, ("<u>Plaintiff</u>" or "<u>Stokey</u>"), and files this Suggestion of Death to advise the Court that Plaintiff has died. Plaintiff died on November 11, 2024, at the age of 79 years. A true and correct copy of his death certificate is attached hereto as **Exhibit "A."** Plaintiff was buried on or about December 11, 2024.

  Dated: March 13, 2025.

                Respectfully submitted,

                 */s/ Joyce W. Lindauer*
                Joyce W. Lindauer
                State Bar No. 21555700
                Joyce W. Lindauer Attorney, PLLC
                1412 Main Street, Suite 500
                Dallas, Texas 75202
                Telephone: (972) 503-4033
                Facsimile: (972) 503-4034
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 13, 2025, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon all counsel of record.

                                                 */s/ Joyce W. Lindauer*  
                                                 Joyce W. LindaueR

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD
### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
**STATE OF TEXAS — CERTIFICATE OF DEATH**
**STATE FILE NUMBER:** -205197
**Date issued:** Dec 02 2024

| Field | Value |
|---|---|
| 1. Legal Name of Deceased | NEAL STOKEY, AKA BOBBY NEAL STOKEY |
| 2. Sex | MALE |
| 4. Date of Birth | DECEMBER 26, 1944 |
| 5. Age | 79 |
| 2. Date of Death | NOVEMBER 11, 2024 |
| 6. Birthplace | DALLAS, TX |
| 7. Social Security Number | -1042 |
| 8. Marital Status at Time of Death | Married |
| 9. Surviving Spouse's Name | ANITA LEE |
| 10a. Residence Street Address | 4722 STAR RIDGE LN |
| 10c. City or Town | FRISCO |
| 10d. County | COLLIN |
| 10e. State | TEXAS |
| 10f. Zip Code | 75034 |
| 10g. Inside City Limits | Yes |
| 11. Father/Parent 1 Name Prior to First Marriage | DONALD STOKEY |
| 12. Mother/Parent 2 Name Prior to First Marriage | GRACE WASHBURN |
| 13. Place of Death | Inpatient |
| 14. County of Death | COLLIN |
| 15. City/Town, Zip | PLANO, 75024 |
| 16. Facility Name | LIFECARE HOSPITAL OF PLANO |
| 17. Informant's Name & Relationship to Deceased | ANITA STOKEY - SPOUSE |
| 18. Mailing Address of Informant | 4722 STAR RIDGE LN, FRISCO, TX 75034 |
| 19. Method of Disposition | Burial |
| 20. Signature and License Number of Funeral Director | FRANK W. SEDDIO SR., BY ELECTRONIC SIGNATURE - 8302 |
| 22. Place of Disposition | DALLAS FORT WORTH NATIONAL CEMETERY |
| 23. Location | DALLAS, TX |
| 24. Name of Funeral Facility | LOCALCREMATION.COM |
| 25. Complete Address of Funeral Facility | PO BOX 742706, DALLAS, TX 75374 |
| 27. Signature of Certifier | DAVID A STRAWMAN, BY ELECTRONIC SIGNATURE |
| 28. Date Certified | NOVEMBER 20, 2024 |
| 29. License Number | K6346 |
| 30. Time of Death | 08:57 AM |
| 31. Printed Name, Address of Certifier | DAVID A STRAWMAN, 4700 ALLIANCE BLVD, PLANO, TX 75093 |
| 32. Title of Certifier | MD |

**33. PART 1. Chain of Events:**
- a. SEPSIS WITH SHOCK — HOURS
- b. ASPIRATION PNEUMONIA — DAY

**34. Was an Autopsy Performed?** No
**36. Manner of Death:** Natural
**37. Did Tobacco Use Contribute to Death?** No

**42a. Registrar File No:** 07005844
**42b. Date Received by Local Registrar:** DECEMBER 2, 2024

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED** Dec 04 2024

**TARA DAS**
**STATE REGISTRAR**

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

Exhibit "A"