# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BOBBY NEAL STOKEY, § <br> § <br> Plaintiff, § <br> § CIVIL ACTION NO. 4:23-CV-01101-<br> v. §  ALM-AGD <br> § <br> PHH MORTGAGE CORPORATION, ET § <br> AL., § <br> § <br> Defendants. | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 8, 2025, the Magistrate Judge entered a Report (Dkt. #70) recommending that Defendants′ Corrected Motion to Strike in Part Plaintiff's Second Designation of Expert Witnesses (Dkt. #63) be denied. On July 22, 2025, Defendants filed an objection (Dkt. #71).

Accordingly, having received the Report of the Magistrate Judge, Defendants' objection (Dkt. #71), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants′ Corrected Motion to Strike in Part Plaintiff's Second Designation of Expert Witnesses (Dkt. #63) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 17th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE